UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SANGMAN OH and DONG BUM SONG,<br><br>Plaintiffs,<br><br>vs.<br><br>FLOYD SWIER, LAURA LASZLO and SWIER FAMILY FARMS, L.L.C.,<br><br>Defendants. | Civ. 09-4127<br><br>**STIPULATION FOR JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, and the Defendants, by and through their respective counsel of record, that the Complaint of the Plaintiffs, Sangman Oh and Dong Bum Song, against Defendants Floyd Swier, Laura Laszlo and Swier Family Farms, L.L.C., and all causes of action there under which were asserted, may hereby be dismissed, without prejudice, and without costs or further notice to any of the parties.

Dated this 5 day of May, 2010.

**JANKLOW LAW FIRM, PROF. L.L.C.**

By _____
William J. Janklow
Andrew R. Damgaard
1700 West Russell Street
Sioux Falls, SD 57104
Office: (605) 332-0101
Fax: (605) 332-2178
Email: bill@janklowlaw.com
Email: andrew.damgaard@janklowlaw.com

*Attorneys for the Plaintiffs*

Dated this 6 day of May, 2010.

CADWELL, SANFORD, DEIBERT & GARRY, LLP

By _____
Stephen C. Landon
PO Box 2498
Sioux Falls, SD 57101-2498
Office: (605) 336-0828
Fax: (605) 336-
Email: slandon@cadlaw.com

*Attorney for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19 day of May, 2010, I electronically filed the **Stipulation for Judgment of Dismissal** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

Stephen C. Landon
Shawn M. Nichols
CADWELL, SANFORD, DEIBERT & GARRY, LLP
PO Box 2498
Sioux Falls, SD 57101-2498

Dated this 12 day of May, 2010.

JANKLOW LAW FIRM, PROF. LLC

_____
Andrew R. Damgaard