

FILED
MAY 28 2010

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SANGMAN OH and<br>DONG BUM SONG, | \* | CIV 09-4127 |
| Plaintiffs | \* | |
| | \* | JUDGMENT |
| vs. | \* | |
| FLOYD SWIER; LAURA LASZLO; and<br>SWIER FAMILY FARMS, LLC, | \* | |
| Defendants. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Stipulation for Dismissal, Doc. 17, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiffs is hereby dismissed upon the merits, without prejudice, and with each party to pay its own costs and attorney's fees.

Dated this ___ day of May, 2010.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY